IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>                                   Plaintiff,<br><br>     v.<br><br>B. BUGGE, et al.,<br><br>                                Defendants. | 2:22-cv-2118 KJN  P<br><br>[PROPOSED] **ORDER ON DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT**<br><br>Judge:       The Honorable Kendall J. Newman<br>Trial Date:  None Set<br>Action Filed:  November 28, 2022 |

      On April 24, 2023, Defendants B. Bugge and J. Rickert filed a motion to opt out of this Court's post-screening ADR Project. After reviewing the notice and request, filed concurrently with the declaration of counsel in support thereof, the Court finds good cause to grant the request.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Defendants' motion to opt out (ECF No. 19) is granted;

      2.    The ADR stay of this action is lifted; and

      3.    Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated:  April 26, 2023

/brow2118.opt

                                                                                   _/s/ Kendall J. Newman_<br>
                                                                                   KENDALL J. NEWMAN<br>
                                                                                   UNITED STATES MAGISTRATE JUDGE