UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>B. BUGGE, et al.,<br><br>        Defendants. | No.  2:22-cv-2118 KJN P<br><br><br>ORDER |

        Plaintiff is a state prisoner, proceeding pro se.  On October 13, 2023, plaintiff filed a motion for additional time to conduct discovery, as well as a sixty day stay of this action.  On November 14, 2023, the undersigned denied plaintiff's motion.  On November 29, 2023, plaintiff filed a late reply to defendants' opposition, and on December 14, 2023, plaintiff filed a motion for a 45-day extension of time to file a reply to defendants' opposition.

        However, plaintiff's motion is untimely.  While plaintiff demonstrates current issues he is having in receiving mail and obtaining copies, his motion again fails to explain his diligence prior to August 21, 2023, the deadline plaintiff was to have propounded discovery requests.  Further, plaintiff again fails to identify what additional discovery plaintiff needs and does not address or rebut counsel's declaration that plaintiff has propounded discovery and that counsel assisted plaintiff in getting copies at plaintiff's deposition.

////

1 | For all these reasons, plaintiff's motion is denied.

2 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 27) is denied.

Dated: December 29, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow2118.36.den

2