UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. BUGGE, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-02118-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 29, 34) |

　　　　Plaintiff Mark Anthony Brown is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 10, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), due to plaintiff's failure to prosecute this action and failure to comply with court orders. (Doc. No. 34.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 10, 2024 (Doc. No. 34) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action;
3. Defendants' motion for summary judgment (Doc. No. 29) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 17, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE